UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRENDA M. BAKER,**

    **Plaintiff,**

v.                                    Case No.  3:25-cv-1552-TKW-HTC

**OKALOOSA COUNTY, FLORIDA,**
**et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objection (Doc. 9). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim or relief.

The Court did not overlook Plaintiff's argument that the magistrate judge mischaracterized her claims because she "did not bring a false arrest claim," but that argument is refuted by the complaint. Indeed, one of the three claims asserted in the complaint is titled "Count II—<u>False Arrest</u> (Two Incidents)." Doc. 1 at 3 (emphasis added).

The Court also did not overlook Plaintiff's argument that the magistrate judge erroneously concluded that she did not state a malicious prosecution claim simply because "her arrests were 'pursuant to a warrant.'" However, as explained in detail by the magistrate judge (Doc. 7 at 6-9), Plaintiff's malicious prosecution claims (and her conclusory assertions about the absence of probable cause) are refuted by the warrants attached to the complaint which show that there was at least arguable probable cause for her arrest and prosecution. The fact that the charges against Plaintiff were ultimately dropped does not undermine that conclusion.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of October, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**